**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 349 EAL 2022
                              :
          Respondent          :
                              :   Petition for Allowance of Appeal
                              :   from the Order of the Superior Court
          v.                 :
                              :
                              :
MICHAEL HERNANDEZ,          :
                              :
          Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.